```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**In re Tyco International, Ltd.**
**Multidistrict Litigation** (MDL 1335)      CASE NO. 02-md-1335-B


### O R D E R

I inadvertently omitted <u>Sciallo v. Tyco International Ltd., et al.</u>, Civil No. 03-1354-B, from my November 17, 2008 Suggestion of Remand (Doc. No. 1412).  <u>See</u> Transcript of October 27, 2008 Telephone Conference (Doc. No. 1394) (discussing proposal to remand <u>Sciallo</u> case).  Any party who objects to this case being remanded shall file a motion in opposition to remand by September 25, 2009.

   SO ORDERED.

                              /s/Paul Barbadoro
                              Paul Barbadoro
                              United States District Judge

September 11, 2009

cc:  Counsel of Record