```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>In re Tyco International, Ltd.</u>
<u>Multidistrict Litigation</u> **(MDL 1335)**      CASE NO. 02-md-1335-B

   <u>**Jeffrey B. Sciallo, et al.**</u>
      v.
   <u>**Tyco International, Ltd.**</u>            Civil No. 03-1354-PB

### SUGGESTION OF REMAND

Pretrial proceedings have been substantially completed in <u>Sciallo v. Tyco International</u>, Civil No. 03-1354-PB. The parties in this case are in agreement that it should be remanded to the court where it was originally filed, and the court has determined that a remand order will best serve the expeditious resolution of this case. Accordingly, the court recommends that the Judicial Panel on Multidistrict Litigation remand the above-referenced case to the court in which it was originally filed.

   SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

October 1, 2009

cc:  Counsel of Record